USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :   08 Cr. 828 (VM)
     - against -                     :
                                     :   **ORDER**
                                     :
JOSEPH OLIVIERI,                     :
                                     :
                         Defendant.  :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By letter application dated August 22, 2011, defendant Joseph Olivieri ("Olivieri") has advised the Court that he has been designated by the Federal Bureau of Prisons ("BOP") for custody at the Metropolitan Detention Center in Brooklyn, New York, and has requested a recommendation for a designation to another BOP facility. In the Judgment Order issued on June 13, 2011, this Court considered Olivieri's significant medical conditions and health care needs as reflected on the public record at his sentencing, as well as the BOP's designation policies and discretion. Based on those considerations, the Court recommended that Olivieri be housed at the BOP's Otisville facility. It has been brought to the Court's attention that the Otisville facility is full. Accordingly, it is hereby,

**ORDERED** that the Court's recommendation for designation of defendant Joseph Olivieri ("Olivieri") to a Bureau of

Prisons ("BOP") facility in this case be amended. The Court recommends that the BOP re-designate Olivieri the satellite camp at Fort Dix, NJ, Canaan, PA or Fairton, NJ; and it is further

**ORDERED** that the Clerk of Court forward this Order to the United States Marshals Service Office (USMS) and the United States Probation Office (USPO), Southern District of New York, and in turn the USMS and the USPO deliver a true copy of this Order to the BOP's, Designation and Sentence Computation Center.

**SO ORDERED.**

Dated:   New York, New York
         23 August 2011

*[signature]*

VICTOR MARRERO
U.S.D.J.